IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JEFFERY HALL, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; DEER CREEK TITLE INSURANCE INC., a Utah corporation; and DOES 1-5, unknown parties in interest,<br><br>　　Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING INC.'S MOTION TO DISMISS AND RELEASE LIS PENDENS<br><br><br><br>Case No. 2:11-CV-255 TS |

This matter is before the Court on a Motion to Dismiss and Release Lis Pendens filed by GreenPoint Mortgage Funding, Inc.[1] Plaintiff has not responded to the Motion.

---

[1]Defendant Deer Creek Title Insurance Inc. was dismissed from this case before it was removed to this Court.

Having reviewed the merits of the Motion, the Court finds that it is well-taken and will be granted. The claims presented in Plaintiff's Complaint have been repeatedly rejected by this Court. The Court finds no reason here to depart from its prior holdings that these claims fail as a matter of law.

Based on the above, it is hereby

ORDERED that Defendant's Motion to Dismiss and Release Lis Pendens (Docket No. 7) is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE and the lis pendens recorded by Plaintiff in connection with this action is RELEASED.

DATED   May 16, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge